RECEIVED
ENTERED                SERVED ON
                COUNSEL/PARTIES OF RECORD

JUN 16 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                       DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) 2:10-CR-300-JCM (PAL)<br>) |
| SHARI WONG CULOTTA, | )<br>) |
| Defendant. | ) |

### ORDER OF FORFEITURE

On February 4, 2011, the United States hand filed a proposed Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2). This proposed Order of Forfeiture was served on counsel for the defendant on February 4, 2011. No objection to the entry of the Order of Forfeiture was filed. This Court did not sign or enter the Order of Forfeiture. Pursuant to the Plea Memorandum, SHARI WONG CULOTTA agreed to the forfeiture of a criminal forfeiture money judgment of $200,000.00 in United States Currency.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from SHARI WONG CULOTTA a criminal forfeiture money judgment in the amount of $200,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

DATED this 16th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE