UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | 2:10-cr-00300-JCM-PAL (Sealed) |
| vs. | ) ) | |
| SHARI WONG-CULOTTA, | ) ) | **ORDER** |
| Defendant. | ) ) | |

Based on the pending motion to unseal the case,

**IT IS THEREFORE ORDERED** that the case be unsealed.

DATED this 24th day of October, 2011.

*[signature]*
UNITED STATES DISTRICT JUDGE